1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10 Adobe Systems Incorporated,              )   Case No. CV 08-5511 JSW
                                            )
11                 Plaintiff,               )   [PROPOSED] ORDER CONTINUING
           v.                               )   CASE MANAGEMENT CONFERENCE
12                                          )
   Aiden O'Connors and Does 1 – 10, inclusive, )
13                                          )
                   Defendants.              )
14

15     WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its administrative

16 request to continue the Case Management Conference and good cause being shown, the Case

17 Management Conference currently on calendar for May 15, 2009 at 1:30 p.m. is hereby continued

18 to June 26 , 2009 at 1:30 p.m. , and all associated dates continued accordingly.

19     IT IS SO ORDERED.

20

21 DATED: April 8, 2009

22                                              _____
                                                Hon. Jeffrey S. White
23                                              United States District Judge

24 PRESENTED BY:
25 J. Andrew Coombs, A Professional Corp.

26 By: ___/s/ Annie S. Wang_____
       J. Andrew Coombs
27     Annie S. Wang
   Attorneys for Plaintiff Adobe Systems Incorporated
28

Adobe v. O'Connors: ~~Proposed~~ Order Continuing CMC          - 1 -