IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

v.

AIDEN O'CONNORS ET AL, et al.,

    Defendant.

No. C 08-05511 JSW

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT AIDEN O'CONNORS**

The Court has received Plaintiff's response to this Court's Order to Show Cause dated June 15, 2009. Having considered Plaintiff's alternative request for a further extension of time under Federal Rule of Civil Procedure 4(m), the Court finds good cause to extend the time in which Defendant Aiden O'Connors may be served. Accordingly, Plaintiff shall have until September 18, 2009 to serve Defendant O'Connors. If Plaintiff still has not been able to serve Defendant O'Connors by September 1, 2009, Plaintiff should be prepared to file an further request for an extension demonstrating good cause pursuant to Rule 4(m) in advance of the September 18, 2009 deadline.

**IT IS SO ORDERED.**

Dated: June 30, 2009

                                  JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE