| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | *andy@coombspc.com* |
| 2 | Annie S. Wang (SBN 243027) |
|   | *annie@coombspc.com* |
| 3 | Nicole L. Drey (SBN 250235) |
|   | *nicole@coombspc.com* |
| 4 | J. Andrew Coombs, A P. C. |
|   | 517 East Wilson Avenue, Suite 202 |
| 5 | Glendale, California 91206 |
|   | Telephone: (818) 500-3200 |
| 6 | Facsimile: (818) 300-3201 |
| 7 | Attorneys for Plaintiff |
|   | Adobe Systems Incorporated |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| Adobe Systems Incorporated, | ) | Case No. CV 08-5511 JSW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | ENLARGEMENT OF TIME TO SERVE |
| | ) | DEFENDANT O'CONNORS AND |
| Aiden O'Connors, Iorek Byrnison, Kelly | ) | CONTINUING CASE MANAGEMENT |
| Higgins and Does 3 – 10, inclusive, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |

WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff") filed its Request for Enlargement of Time to Serve Defendant O'Connors and Request to Continue Case Management Conference, and good cause being shown, Plaintiff's request is granted and it shall have until December 17, 2009, to serve Defendant O'Connors.

/ / /

/ / /

/ / /

/ / /

Adobe v. O'Connors: Proposed Order Granting Enlargement of Time to Serve — 1 —

In light of the enlargement of time within which to effect service on Defendant O'Connors, the Case Management Conference currently on calendar for September 11, 2009, at 1:30 p.m. is hereby continued to January 15, 2010 at 1:30 p.m., and all associated dates continued accordingly.

IT IS SO ORDERED.

DATED: September 1, 2009

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: */s/ Nicole L. Drey*
    J. Andrew Coombs
    Annie S. Wang
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. O'Connors: ~~Proposed~~ Order Granting Enlargement of Time to Serve    - 2 -